**Opinion issued December 13, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00973-CR

————————————

## IN RE BRIAN EDWARD PRESTON, Relator

———

**Original Proceeding on Petition for Writ of Mandamus**

———

## MEMORANDUM OPINION

Relator, Brian Edward Preston, incarcerated and proceeding pro se, has filed a petition for writ of mandamus seeking to overturn the trial court and the regional presiding judge's orders denying his motions to recuse the trial court.[1]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

---

[1] The underlying proceeding is *Brian Edward Preston v. The State of Texas*, cause number 468249, in the 230th District Court of Harris County, Texas, the Honorable Brad Hart presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.

Do not publish. *See* TEX. R. APP. P. 47.2(b).